UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21458-CIV-GOLD/WHITE

MIGUEL FELIZ MATOS,

    Plaintiff,

v.

U.S. ATTORNEY GENERAL, ET AL.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT; CLOSING CASE

THIS CAUSE is before the Court upon U.S. Magistrate Judge Patrick A. White's Report and Recommendations on *pro se* Plaintiff's civil rights complaint pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971) [DE 5], issued on June 18, 2008 (the "Report"). The plaintiff, a federal prisoner confined at the Federal Medical center in Devens, Massachusetts, is proceeding *in forma pauperis*.

In the Report, the Magistrate Judge recommends that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because it fails to state a claim on which relief may be granted. Plaintiff has not filed any objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the Complaint and applicable law, and noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED:

1.    The Report [DE 5] is AFFIRMED AND ADOPTED.

2. Plaintiff's Complaint [DE 1] is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. All other pending matters are DENIED AS MOOT.

4. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2008.

*[signature]*

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
Counsel of Record

*From Chambers via U.S. mail:*
Miguel Feliz Matos
#67319-004
Federal Medical Center
PO Box 879
Devens, MA 01434